**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RIXIE SOLOMON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:06cv1155 |
| ) | **Electronic Filing** |
| ) | |
| **HOUSING AUTHORITY OF THE CITY** ) | |
| **OF PITTSBURGH,** ) | |
| ) | |
| Defendant. ) | |

### ORDER OF COURT

AND NOW, this 25th day of September, 2006, upon consideration of Plaintiff's Motion for Preliminary Injunction (**Document No. 2**), Defendant's response thereto, based upon this Court's Order granting Plaintiff a Temporary Restraining Order dated September 18, 2006, and because Defendant has agreed to permanent injunctive relief in this matter,

IT IS HEREBY ORDERED that Plaintiff's request for both preliminary and permanent injunctive relief is **GRANTED**. Defendant shall immediately and permanently reactivate Plaintiff's application for participation in Defendant's Section 8 Housing Program and restore Plaintiff's application retroactive to the date on which she applied. The Clerk shall mark this case closed.

s/ David Stewart Cercone
David Stewart Cercone
United States District Judge

cc:   Beth A. Thomas, Esquire
      Neighborhood Legal Services Association
      928 Penn Avenue
      Pittsburgh, PA 15222

      Marsha L. Rucker, Esquire
      Housing Authority of the City of Pittsburgh
      200 Ross Street
      7th Floor
      Pittsburgh, PA 15219